No. 746. WERNER v. OHIO. Ct. App. Ohio, Geauga County. Certiorari denied. *Barry M. Byron* for petitioner. *William Saxbe,* Attorney General of Ohio, and *Edwin T. Hofstetter* for respondent.

No. 748. CASAVINA v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Frederic C. Ritger, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 749. MCINNES ET AL. v. PORT OF NEW YORK AUTHORITY. Ct. App. N. Y. Certiorari denied. *Stanley Geller* for petitioners. *Sidney Goldstein* for respondent.

No. 751. UNGAR v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Morton Liftin* for petitioner. *John G. Bonomi* for respondent.

No. 755. BLAU v. PETTEYS ET AL. C. A. 8th Cir. Certiorari denied. *Morris J. Levy* for petitioner. *Martin D. Jacobs* for respondents.

No. 757. MARSHALL v. SAWYER, GOVERNOR OF NEVADA, ET AL. C. A. 9th Cir. Certiorari denied. *William B. Beirne, A. L. Wirin* and *Fred Okrand* for petitioner. *Harvey Dickerson,* Attorney General of Nevada, and *Don W. Winne,* Deputy Attorney General, for respondents.

No. 763. UNION BARGE LINE CORP. ET AL. v. ALLEN. C. A. 5th Cir. Certiorari denied. *George B. Matthews* for petitioners Union Barge Line Corp. et al. *C. Paul Barker* for respondent.